IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANDRES R. ADORNO,**

    **Plaintiff,**

**v.**                                         Case No. 4:25-cv-301-AW-MAF

**SGT. SPENSER, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pro se prisoner Andres Adorno sued several prison officials. He alleges an Eighth Amendment violation based on a failure to protect. Screening the complaint, the magistrate judge recommends dismissal for failure to state a claim. ECF No. 7. Adorno has not filed any objection.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. Adorno's amended complaint does not state a claim. The clerk will enter a judgment that says, "This case is dismissed on the merits for failure to state a claim." The clerk will then close the file.

SO ORDERED on October 6, 2025.

                                                s/ *Allen Winsor*
                                                Chief United States District Judge